SHEPARD, Defendant in Error, *vs.* THE CITY OF ST. LOUIS, Plaintiff in Error.

1. See *Hill* v. *The City of St. Louis,* ante.

*Error to St. Louis Circuit Court.*

*T. T. Gantt,* city counsellor.
*S. A. Holmes,* for defendant in error.

RYLAND, Judge. This case was submitted to the court on the briefs and statements made by counsel in the case of *Hill* v. *The City of St. Louis.* The opinion in the case of *Hill* v. *The City* will therefore answer for this, as the points are the same in each.

The judgment, then, at the April term, 1854, is reversed and set aside, and the judgment at November term, 1853, is reinstated and affirmed ; Judge Scott concurring.